UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 93-CR-6229-HUCK

    Plaintiff,

vs.

KETTERRIUS REMS
    Defendant.
_____/

## ORDER ON FINAL REVOCATION HEARING

It appearing to the Court that on October 4, 1996 the Defendant was sentenced to 125 months in the bureau of prisons and three years of supervised release, after the Defendant was adjudicated guilty of Count 1 of the Superceding Indictment. **The Defendant admitted guilt to having violated conditions of supervision.**

The Defendant having now been duly brought before this Court for hearing on May 22, 2008, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of probation by:

    1. Testing positive for marijuana: On February 4, 2008, the defendant reported to U.S. Probation and admitted to using marijuana.

    2. Failing to notify the probation officer of law enforcement contact

    3. Leaving the district without permission and

    4. Failing to notify the probation officer for a change in employment

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of probation and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the probation term heretofore imposed be and the same is hereby **REVOKED** as follows:

    1. Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ten months.**

2. Upon release from the Bureau of Prisons, defendant's supervision term shall be terminated.

3. Defendant shall surrender to the United States Marshal office on or before 12:00 noon on May 27, 2008.

**DONE AND ORDERED** at Miami, Florida this _28th_ day of May, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: U.S. Probation
U.S. Marshal
All Counsel of Record
Bureau of Prisons